```
  UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 06906
   RICHARD A KRANZ
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-6307


---------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 06/14/06 and confirmed on 09/15/06.

     2.  The case was dismissed after confirmation, 01/09/2009.

     3.  The Debtor paid a total of $  44670.00 .

     4.  The Trustee made disbursements to creditors as follows:

---------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
---------------------------------------------------------------------------
BANK ONE              CURRENT MORTG        41754.99           .00       41754.99
BANK ONE              MORTGAGE ARRE            .00            .00            .00
PAUL M BACH           REIMBURSEMENT         274.00            .00         274.00
         Summary of disbursements:
---------------------------------------------------------------------------
                      SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED   41754.99      274.00         .00         .00      42028.99
PRINCIPAL PAID       41754.99      274.00         .00         .00      42028.99
INTEREST PAID            .00          .00         .00         .00          .00
TOTAL PAID           41754.99      274.00         .00         .00      42028.99
The Debtor's attorney, PAUL M BACH                  , was allowed $   2500.00
and was paid $    637.99 .

The Trustee received $   2003.02 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 03/16/09                /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
    CASE NO. 06 B 06906 RICHARD A KRANZ
```